IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
C/A No.:  3:17-cv-00902-DCC-SVH

| | |
|---|---|
| Cassandra A. Dollard,<br><br>                                      Plaintiff,<br><br>v.<br><br>South Carolina Department of Public Safety,<br><br>                                      Defendant. | **JOINT STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |

The Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate that the above action is hereby dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties have agreed to bear their own costs, expenses, and fees, including attorneys' fees.

Dated this the 31st day of January, 2018.

| | |
|---|---|
| CROMER BABB PORTER & HICKS, LLC | RICHARDSON, PLOWDEN & ROBINSON, P.A. |
| /s/ Shannon Polvi | /s/ Eugene H. Matthews |
| J. Lewis Cromer, ID #362 | Eugene H. Matthews, ID #7141 |
| Ryan K. Hicks, ID #11657 | C. Cliff Rollins, ID #9069 |
| Shannon Polvi, ID #11978 | Post Office Drawer 7788 |
| Post Office Box 11675 | Columbia, South Carolina 29202 |
| Columbia, South Carolina 29211 | T: 803-771-4400 |
| T: 803-799-9530 | F: 803-779-0016 |
| F: 803-799-9533 | Email: gmatthews@RichardsonPlowden.com |
| Email: ryan@cbphlaw.com | Email: crollins@RichardsonPlowden.com |
| Email: shannon@cbphlaw.com | |
| **COUNSEL FOR PLAINTIFF** | **COUNSEL FOR DEFENDANT** |